AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| VOLTSTAR TECHNOLOGIES, INC. <br><br> *Plaintiff(s)* <br> v. <br> NEWSLINK OF MIAMI, LLC <br> and <br> KANEX, INC. <br><br> *Defendant(s)* | Civil Action No.  9:16-cv-80063 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NEWSLINK OF MIAMI, LLC
6910 N.W. 12TH STREET
MIAMI, FL  33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jerold I. Schneider, Esq.
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 - Telephone
jerold.schneider@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date:    01/14/2016

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| VOLTSTAR TECHNOLOGIES, INC. <br><br> *Plaintiff(s)* <br> v. <br> NEWSLINK OF MIAMI, LLC <br> and <br> KANEX, INC. <br><br> *Defendant(s)* | Civil Action No. 9:16-cv-80063 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KANEX, INC. f/k/a APOGEE, INC.
c/o Registered Agent
Business Filings Incorporated
555 Capital Mall, Suite 1000
Sacramento, CA  95814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jerold I. Schneider, Esq.
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 - Telephone
jerold.schneider@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:  01/14/2016



Steven M. Larimore
Clerk of Court

SUMMONS

*s/ Yesenia Herrera*
Deputy Clerk
U.S. District Courts